UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 26-80378-CIV-CANNON/McCabe

JENNIFER YATES,
*derivatively on behalf of*
*NEXTERA ENERGY, INC.*,

     Plaintiff,

v.

JOHN W. KETCHUM, *et al.*,

     Defendants.

_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING CASE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.   On June 1, 2026, the Court dismissed Plaintiff's Complaint without prejudice as an impermissible shotgun pleading but gave Plaintiff an opportunity to replead by filing an amended complaint no later than June 15, 2026 [ECF No. 9].   The Court warned in that order that failure to comply could result in dismissal of this case without further notice [ECF No. 9 p. 2].   It is now June 18, 2026, and Plaintiff has neither filed an Amended Complaint nor requested additional time within which to do so.   Accordingly, in the exercise of the Court's inherent authority to manage its docket, and given Plaintiff's failure to comply with Court orders and/or to prosecute this action, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is hereby directed to **CLOSE** this case.

     **ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of June 2026.

 

_____
**AILEEN CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record